UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUESSETS

Commonwealth Equity Services, LLC, et al.,

                    Plaintiffs,                    Civil Action No. 1:18-cv-12314

            v.

The Ohio National Life Insurance Company, et al.,

                    Defendants,

## DECLARATION OF LORI DASHEWICH

I, Lori Dashewich, declare under penalty of perjury, based on personal knowledge (unless otherwise noted), as follows:

1.      I am Lori Dashewich and I am the Vice President and Controller of Ohio National Financial Services.

2.      In that position, I am familiar and have extensive experience with the payment and accounting processes involved with trail commissions paid to third-party broker-dealers based on individual variable annuity products sold pursuant to Selling Agreements executed with various Ohio National entities.

3.      One broker-dealer that previously sold Ohio National individual variable annuities, pursuant to a Selling Agreement, is Commonwealth Equity Services, LLC.

4.      As to certain broker-dealers, including Commonwealth, commission funds based on individual variable annuities sold under the Selling Agreement were wired by The Ohio National Life Insurance Company ("ONLIC") directly to the Depository Trust & Clearing Corporation ("DTCC"), which then passed on the funds paid by ONLIC to Commonwealth.

5.      In such circumstances, DTCC simply acts as an intermediary for payments directly from ONLIC to the broker-dealers—in this instance, Commonwealth.

Exhibit

3

6.      As to Commonwealth specifically, this is shown by the documents attached to this Declaration as Exhibit A.  Such documents include ONLIC accounting journal entries and supporting documents that reflect a December 2018 commission payment of $649,203.07 from an ONLIC account to DTCC.  These funds were then passed on to Commonwealth.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this $\underline{18}$ day of January, 2019.

Lori Dashewich

795034

2



ORACLE

Data Access Set: ALL LS

# Edit Journal

Save

## Journal Batch: MJV_AWD Spreadsheet A 2052311 340580 N | Show More

Journal Batch: MJV_AWD Spreadsheet A 2052311 340580 N
Description: F08_G29
Balance Type: Actual
Accounting Period: Dec-18
Attachments: AWD BI Report for 12.05.06 on (2 more...)

Source: Spreadsheet
Approval Status: Approved
Batch Status: Posted
Completion Status: Complete

## Journal | Show Less

36Adjustment

Journal | Control Total | Sequencing | Reversal

Control Total

| | | | |
|---|---|---|---|
| Total Entered Debit | 649,203.07 | Total Accounted Debit | 649,203.07 |
| Total Entered Credit | 649,203.07 | Total Accounted Credit | 649,203.07 |

## Journal Lines

Actions ▾ View ▾ Format ▾ Detach Wrap

| Line | * Account | Entered (USD) Debit | Entered (USD) Credit | Description |
|---|---|---|---|---|
| 1 | 110.131105.0000.0 | | 649,203.07 | - RECORD COMPENSATION SENT VIA NSCC COMP WIRE ON 12-5-18 Initiated By: MSR - NSCC Comp wire sent on 12-5-18 |
| 2 | 110.168105.0000.0 | 649,203.07 | | - RECORD COMPENSATION SENT VIA NSCC COMP WIRE ON 12-5-18 Initiated By: MSR - NSCC Comp wire sent on 12-5-18 |
| Total | | 649,203.07 | 649,203.07 | |

Columns Hidden 11

Exhibit
3-A
exhibitsticker.com

**Ohio National**
**Financial Services.**

Initiated By:

**MSR**

| X | ONLIC-110 |

| X | Journal Voucher |

**ONLIC-110 Journal Voucher**

| **Total Disbursement Amt:** | **$0.00** |

| No: | |
| Date: | Wednesday, December 05, 2018 |

Purpose (Prints on Check Stub)

RECORD COMPENSATION SENT VIA NSCC COMP
WIRE ON 12-5-18

## Remember to use Oracle Coding for Journal Vouchers

| ACCT NUMBER | COST UNIT | AMOUNT XXXXXX.XX DR (CR) | DESCRIPTION | POLICY NUMBER | CLAIM NUMBER | Vendor/ Emp # | STATE | InterCo Code |
|---|---|---|---|---|---|---|---|---|
| (6) | (4) | | (22 Character Max.) | (6-8) | (10) | (4) | (2) | (3) |
| 168105 | | 649,203.07 | NSCC COMP WIRE SENT ON 12-5-18 | n/a | | | | |
| 131105 | | (649,203.07) | NSCC COMP WIRE SENT ON 12-5-18 | n/a | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTAL | 0.00 | | Approved by: | | | | |

GO BACK TO THE DATA ENTRY SCREEN

v10.8

# JV Report

**From:** 2018-12-06    **To:** 2018-12-06

| COMPANY | JV# | DEBITS | CREDITS | BUSINESS AREA | POLICY/ GROUP # | WORKTYPE | STATUS |
|---------|-----|--------|---------|---------------|------------------|----------|--------|

[REDACTED]

ONLI [REDACTED]

# [REDACTED]

# JV Report

From: 2018-12-06    To: 2018-12-06

| COMPANY | JV# | DEBITS | CREDITS | BUSINESS AREA | POLICY/ GROUP # | WORKTYPE | STATUS |
|---------|-----|--------|---------|---------------|-----------------|----------|--------|

[REDACTED]

| ONLI | 36 | $649,203.07 | $649,203.07 | CL | | JV | JV LICOKAY |

[REDACTED]

# JV Report

**From:  2018-12-06      To:  2018-12-06**

| COMPANY | JV# | DEBITS | CREDITS | BUSINESS AREA | POLICY/ GROUP # | WORKTYPE | STATUS |
|---------|-----|--------|---------|---------------|-----------------|----------|--------|

# [REDACTED]