UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH EQUITY SERVICES, LLC d/b/a COMMONWEALTH FINANCIAL NETWORK and MARGARET BENISON,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE OHIO NATIONAL LIFE INSURANCE COMPANY; OHIO NATIONAL LIFE ASSURANCE CORPORATION; and OHIO NATIONAL EQUITIES, INC.,<br><br>                    Defendants. | Civil Action No. 18-12314-DJC |

## JOINT STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 68.2, that this action shall be dismissed, with prejudice, and with all rights of appeal waived. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **COMMONWEALTH EQUITY SERVICES, LLC D/B/A COMMONWEALTH FINANCIAL NETWORK, AND MARGARET BENISON** | **THE OHIO NATIONAL LIFE INSURANCE COMPANY, OHIO NATIONAL LIFE ASSURANCE CORPORATION, AND OHIO NATIONAL EQUITIES, INC.** |
|  /s/ Michael G. Donovan<br>Steven L. Manchel (BBO #551066)<br>Michael G. Donovan (BBO #564257)<br>Manchel & Brennan, P.C.<br>100 River Ridge Drive, Suite 308<br>Norwood, MA  02062<br>(617) 796-8920<br>*smanchel@manchelbrennan.com*<br>*mdonovan@manchelbrennan.com* |  /s/ Marion H. Little, Jr.<br>Marion H. Little, Jr. (0042679)<br>Christopher J. Hogan  (0079829)<br>Zeiger, Tigges & Little LLP<br>3500 Huntington Center, 41 South High Street<br>Columbus, Ohio  43215<br>(614) 365-9900<br>*little@litohio.com*<br>*hogan@litohio.com* |

Dated: January 21, 2021

## **CERTIFICATE OF SERVICE**

  I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified above.

               */s/ Michael G. Donovan*
               Michael G. Donovan